UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JUDITH A. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV423-153 |
| | ) |
| LOWE'S HOME CENTERS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The Court issued an Order to Show Cause as to why the parties did not timely comply with the instruction to email confidential, ex parte letters to the undersigned through the Courtroom Deputy Clerk in anticipation of their upcoming settlement conference with the Court. *See* doc. 32; *see also* doc. 28 at 2 (Order Setting Settlement Conference). The parties filed a joint response to the Court's Order, to Show Cause explaining that "their respective offices inadvertently calendared the deadline to submit their respective confidential ex-part[e] mediation letters . . . incorrectly." Doc. 33 at 1. They apologized for any inconvenience to the Court. *Id.* at 2.

The parties timely responded to the Order to Show Cause and submitted their respective ex parte letters to the Courtroom Deputy Clerk.  *See* doc. 32 at 2 (directing the parties to show cause and submit their confidential, ex parte letters by March 26, 2024); doc. 33.  The Court is satisfied that the parties' failure to submit the letters timely was inadvertent.  It will, therefore, take no further action on this issue.  The March 28, 2024 pre-mediation status conference and April 5, 2024 settlement conference will proceed as scheduled.  *See* doc. 28 at 1, 4.

**SO ORDERED**, this 27th day of March, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA